v.

**The STATE of Texas, Appellee.**

No. 28954.

Court of Criminal Appeals of Texas.

April 10, 1957.

**Frank BLASINGAME, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28938.

Court of Criminal Appeals of Texas.

April 3, 1957.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is driving while intoxicated; the punishment, 3 days in jail and a fine of $200.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.